IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 4:09cr18DPJ-LRA

RODNEY MOODY

ORDER DISMISSING COUNT 2 INDICTMENT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss the Count 2 of the indictment without prejudice.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE